AARON D. FORD
  Attorney General
LAURA M. GINN, (Bar No. 8085)
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: lginn@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARK MILLER,

      Plaintiff,

v.

ROBERT HARTMAN, et al.,

      Defendants.

Case No. 3:21-cv-00479-RCJ-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff Mark Miller, *pro se*, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura M. Ginn, Deputy Attorney General, based upon the Settlement Agreement between the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal with prejudice of the above-

///
///
///
///
///
///
///
///
///

captioned action, with each party bearing their own attorney's fees and costs and that
the Court may accordingly close the case.

DATED: _July 26_____, 2022          DATED: __July 26,_____, 2022

By:_____          By:_____
Mark Miller                          Laura M. Ginn, Bar No. 8085
*Plaintiff Pro Se*                   Deputy Attorney General
                                     *Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the
case.

_____
UNITED STATES DISTRICT JUDGE

DATED: __July 28, 2022_____

1

## CERTIFICATE OF SERVICE

2      I certify that I am an employee of the State of Nevada, Office of the Attorney General,

3   and that on ___July__ 26 2022, I electronically filed the foregoing **STIPULATION AND**

4   **ORDER FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system.

5   Parties that are registered with this Court's electronic filing system will be served

6   electronically. For those parties not registered, service was made by depositing a copy for

7   mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada,

8   addressed to the following:

9       Mark Miller, #44747
        Northern Nevada Correctional Center
10      P. O. Box 7000
        Carson City, NV 89702
11

12                                    */s/ Karen Easton*
                                      An employee of the
13                                    Office of the Nevada Attorney General

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28